# EXHIBIT B

# Couple gets married on the N train

BY CAITLIN NOLAN   GINGER ADAMS OTIS
NEW YORK DAILY NEWS   Friday, November 28, 2014, 10:56 PM



Hector Irakliotis, 26, and Tatyana Sandler, 25, get married on the N train on Friday. (STEPHANIE KEITH FOR NEW YORK DAILY NEWS)

N stood for nuptials Friday as a young couple got hitched on their favorite subway line.

In what was truly a moving ceremony, Hector Irakliotis, 26, and Tatyana Sandler, 25, exchanged vows on the N train as it crossed the Manhattan Bridge from Brooklyn.

Irakliotis, a game designer, boarded first at Kings Highway around 3:30 p.m. with his groomsmen, who set about decorating the poles and seats with white ribbons.



Irakliotis boarded first at Kings Highway in Brooklyn around 3:30 p.m. with his groomsmen, and bride Sandler got on the train a few stops later at 36th St. (STEPHANIE KEITH FOR NEW YORK DAILY NEWS)

"Everyone, hi. I have an announcement to make," the groom said to the other riders. "I am going to be getting married in 20 minutes." He invited everyone to stay, but asked if they would move to the back of the car, which they willingly did.

"Oh my goodness!" Debra Solomon, 57, who was taken aback by the 20 or so wedding guests who greeted her when she stepped into the car.

"This is something new, something very different," she said laughing. "I think it's very cute! It's romantic. This is definitely a first. And look how cooperative everyone is! That says a lot."

The radiant bride, a film editor from Ukraine, boarded at 36th St. in a glamorous white gown and accompanied by her maid of honor.



The couple exited at Canal St. in Manhattan to celebrate. (STEPHANIE KEITH FOR NEW YORK DAILY NEWS)

She walked down the subway aisle — dodging poles — as the best man held up an iPhone blasting "City Love" by John Mayer.
The couple chose the N for their "I do's" because they spent a good deal of their courtship traveling on it.
"We've been through a lot. Good times, bad times, and a lot of the good times have taken place on the train," Irakliotis said. "Confessions of love, reconciliations, goofy, ridiculous conversations — the whole spectrum. In New York, you spend so much time on the train, we thought why not?"
An interfaith chaplain performed the ceremony as it went over the Manhattan Bridge. Riders broke into applause as they were pronounced man and wife. After posing for pictures, on subway stairs, the wedding party exited at Canal St. and headed for a bar.





1 | 2

The newlyweds share a kiss in the Canal St. station after getting hitched on the N train.

(STEPHANIE KEITH FOR NEW YORK DAILY NEWS)

Sandler, beaming with joy, said the unorthodox wedding venue was just another example of her new husband's incredible thoughtfulness.

"I'm originally from Ukraine, and each time we'd come back here, I'd say to Hector, 'It doesn't feel like home until I see the skyline as we're crossing the bridge.' And he remembered that. He planned it out specifically so that we'd see the skyline as we were married," she explained.

*gotis@nydailynews.com*

*@gingerotis on Twitter*

© 2016 New York Daily News