# EXHIBIT C

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Group Registration of Published Photographs: Wedding on the N Train; all published 11/28/2014; 5 photographs

**Content Title:** Wedding Couple with guests

Tatyana Sandler

Subway Wedding

Newlywed Share a Kiss

Bride and the Captain

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Stephanie Keith
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Stephanie Keith
42 Madison Street, Brooklyn, NY, 11238, United States

## Certification

**Name:** Richard Liebowitz
**Date:** October 28, 2016