UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

STEPHANIE KEITH,                                           Index No. 1:16-cv-06128-WFK-PK

          Plaintiff,

-against-

NATIONAL HERALD, INC.

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephanie Keith hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: January 4, 2017

        LIEBOWITZ LAW FIRM, PLLC

        By: /s/ Richard Liebowitz
            Richard P. Liebowitz
        11 Sunrise Plaza, Suite 305
        Valley Stream, NY 11580
        Tel: (516) 233-1660
        RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Stephanie Keith*