UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------- x

STEPHANIE KEITH,

               Plaintiff,

-against-

NATIONAL HERALD, INC.

               Defendant.

---------------------------------- x

Index No. 1:16-cv-06128-WFK-PK

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN -9 2017 ★

BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephanie Keith hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: January 4, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Stephanie Keith*

The application is ____ granted.
SO ORDERED   ____ denied.

s/ William F. Kuntz, II
William F. Kuntz, II, U.S.D.J.
Dated: Jan. 6, 2017
Brooklyn, New York

1