UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
STEPHANIE KEITH,

                Plaintiff,

-against-

NATIONAL HERALD, INC.

                Defendant.
------------------------------------- x

Index No. 1:16-cv-06128-WFK-PK

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
JAN -9 2017 ★
BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephanie Keith hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice in its entirety.

Dated: January 4, 2017

                LIEBOWITZ LAW FIRM, PLLC

                By: /s/ Richard Liebowitz
                     Richard P. Liebowitz
                11 Sunrise Plaza, Suite 305
                Valley Stream, NY 11580
                Tel: (516) 233-1660
                RL@LiebowitzLawFirm.com

                *Attorneys for Plaintiff Stephanie Keith*

The application is ____ granted.
SO ORDERED        ____ denied.

s/ William F. Kuntz, II
William F. Kuntz, II, U.S.D.J.
Dated: Jan. 6, 2017
        Brooklyn, New York

1